CANADY, J.,
concurring.
Even absent the reasonable-hypothesis-of-innocence special standard of review that is applied in cases in which the evidence of guilt is wholly circumstantial, I would conclude that the evidence presented at Wright’s trial is insufficient to sustain his convictions under the standard of review that otherwise applies. See Pagan *526 v. State, 830 So.2d 792, 803 (Fla. 2002) (“If, after viewing the evidence in the light most favorable to the State, a rational trier of fact could find the existence of the elements of the crime beyond a reasonable doubt, sufficient evidence exists to sustain a conviction.”). Here, no rational trier of fact could have found the existence of all the elements necessary to prove Wright guilty of the murders—specifically, the identity element—beyond a reasonable doubt.
LABARGA, C.J., and POLSTON, and LAWSON, JJ., concur.